McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CUSTODIO IBARRA NUNEZ,<br><br>Defendant. | CASE NO. 2:20-CR-026 WBS<br><br>ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Adrian T. Kinsella to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: Jan 30, 2020

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND
[PROPOSED] ORDER

3